UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD JERRELL INMAN,

    Plaintiff,

v.

DARRIN BRIGHT, et al.,

    Defendants.

Case No. 15-cv-01767-SI

**JUDGMENT**

This action is dismissed because it is barred by the doctrine of res judicata.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 12, 2016

_____
SUSAN ILLSTON
United States District Judge